# UNITED STATES DISTRICT COURT
## ------------------DISTRICT OF MARYLAND------------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: AMD-00-0145 |
| **FRANK HICKMAN** | * | |

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Mr. Hickman's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c). I certify that I am admitted to practice in this Court.

                                                JAMES WYDA
                                                Federal Public Defender

Date: April 4, 2008

                                                SHERRI KEENE
                                                Staff Attorney
                                                Federal Public Defender's Office
                                                6411 Ivy Lane, Suite 710
                                                Greenbelt, Maryland 20770-1405
                                                (301) 344-0600
                                                Fax No. (301) 344-0019