OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

JAMES WYDA
FEDERAL PUBLIC DEFENDER

SHERRI LEE KEENE
STAFF ATTORNEY

May 1, 2008

**Crack Reduction - Status Report**
 **- Motion for Appointment of Counsel**

Honorable Andre M. Davis
District Judge
United States District Court
 for the District of Maryland
101 West Lombard Street
Chambers 5B
Baltimore, Maryland 21201

    Re:    <u>United States v. Frank Hickman</u>, Case No. AMD 00-0145

Dear Judge Davis:

    Please accept this letter as a status report and motion for appointment of counsel. Mr. Hickman's current estimated release date is March 11, 2011.

    On March 28, 2008, this Honorable Court appointed my Office to preliminarily review Mr. Hickman's case to determine if he is eligible to seek a reduction in sentence pursuant to the amended crack guidelines (Amendment 706). Since then, the United States Probation Office has reviewed Mr. Hickman's case and determined that he is eligible to seek a reduced sentenced under 18 U.S.C. § 3582. According to the amended calculations submitted by U.S. Probation, Mr. Hickman's sentence could reduce from 151 months to 130 months.

    Mr. Hickman was originally sentenced to 151 months imprisonment. That sentence was based upon an adjusted offense level of 29. At a criminal history of VI, his sentencing range was 151 to 188 months. The Court sentenced Mr. Hickman at the bottom of the applicable guideline range. Mr. Hickman's adjusted offense level under the amended guideline would be 27, resulting in a range of 130 to 162 months. A new sentence at the bottom of the amended guideline range would result in 130 months – a 21-month reduction from his original sentence. A 21-month reduction would move his release date forward to around July 2009.[1]

---

[1] His release date would not move up the full amount of a sentence reduction because of the way in which BOP calculates good time credits.

Undersigned counsel has been in contact with Mr.Hickman. Mr.Hickman has indicated that he cannot afford counsel and would like to have this Office represent him in this matter. This Office did not previously represent Mr.Hickman in this case. However, there does not appear to be any conflict that would preclude our representation. I, therefore, ask that this Office be appointed to represent Mr.Hickman. A proposed Order is attached.

Mr.Hickman appears to have adjusted well to prison life, and to be making good use of his time in prison. Indeed, it is Mr. Hickman's goal to seek employment during electrical wiring upon his release. He is currently pursuing this goal in prison, and just completed a course in electrical wiring at Altamaha Technical College in Jessup, Georgia. Mr. Hickman also has taken many other courses offered at the facility, including drug education and professional courses in the areas of computer, business, and real estate. As Mr. Hickman is not near her projected release date, I would like to request a 120-day continuance to talk with Mr.Hickman and explore whether or not he may have an argument to seek a greater than two-level reduction in sentence in his case. If grounds are found to support such a motion, this Office may then file a supplemental motion in Mr.Hickman's case. I would also ask that the Court request that the government state its position within the thirty days after Mr. Hickman's supplemental motion or updated status report is filed. Enclosed is a proposed order.

I would be happy to provide the Court with whatever additional information it may need in this case.

Sincerely,

Sherri Lee Keene

cc:   Barbara Sale, Assistant United States Attorney
      Estelle Santana, United States Probation Officer
      Frank Hickman, #34100-037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. AMD-00-0145 |
| FRANK HICKMAN | * | |

\* \* \* \* \* \*

## ORDER

Upon review of the status report filed by the Office of the Federal Public Defender after undertaking a preliminary review of the defendant's eligibility to seek a reduction in sentence based on the retroactive application of Amendment No. 706 to the United States Sentencing Commission related to cocaine base ("crack") offenses, and upon being advised that the defendant is indigent and unable to afford counsel, it is this ___ day of May, 2008, ordered by the United States District Court for the District of Maryland that:

1) The status report shall be docketed as a Motion for Appointment of Counsel;

2) The Office of the Federal Public Defender for the District of Maryland shall be appointed to represent the defendant in connection with a motion to reduce sentence under 18 U.S.C. § 3582 and Amendment 706;

3) An updated status report or supplemental motion shall be filed by the Federal Public Defender's Office within 120 days; and

4) The government shall state its position on the motion for reduction of sentence within thirty days after the updated status report or supplemental motion is filed.

_____
ANDRE M. DAVIS
United States District Judge