**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

August 22,  2008

The Honorable Andre M. Davis
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re:    *United States v. Frank Hickman*
             Crim. No. AMD-00-0145

Dear Judge Davis:

Please accept and docket this letter as a Motion for Reduction of Sentence based upon Amendment 706 to the Federal Sentencing Guidelines, the "Crack Amendment."

Mr. Hickman pled guilty to Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841 & 846.  The Court sentenced Mr. Hickman at the bottom of the guideline range to 151 months imprisonment.  According to the amended guideline calculations submitted by the United States Probation Office, Mr. Hickman is eligible to seek a reduction in his sentence.  Under the Amended Guidelines, the Court could reduce Mr. Hickman's sentence to 130 months.  His current estimated release date is March 11, 2011.  A 21-month reduction should move his release date to September of 2009.

Mr. Hickman is a 38-year old male who, according to the Presentence Report, served in the United States Navy from 1988 until 1991.  He received an honorable discharge.  Mr. Hickman has used his time in the Bureau of Prisons diligently to prepare for his release.  He has completed his obligations under the financial responsibility plan and has completed a 40-hour drug abuse course.  In addition, Mr. Hickman has taken a number of college level business courses, including a number of courses in electrical wiring and business finance so that he may have a trade upon his release from prison.  He will soon complete the course work necessary for a community college degree.  He plans, upon his release, to work as an electrician and live with his grandmother in Fort Pierce, Florida.  I have included the documentation of Mr. Hickman's various course work and completion of the drug treatment program as Appendix A.

Mr. Hickman is an ideal candidate for a reduction in sentence.  He has matured and made good use of his time in prison.  He has demonstrated a strong commitment to rehabilitation and to making contributions in a positive way to his community and his family.

The Honorable Andre M. Davis
August 22, 2008
Page 2

        The defense respectfully requests the Court grant Mr. Hickman's request for a 2-level sentencing reduction of at least 21 months.

        Thank you for your consideration of this matter.

                                        Sincerely yours,


                                        _____/S/_____
                                        JAMES WYDA
                                        Federal Public Defender
                                          for the District of Maryland


cc:     Barbara Sale, AUSA
        Estelle Santana, USPO
        Frank Hickman, # 34100-037