```
 JES2X          *           PROGRESS REPORT          *        04-13-2008
PAGE                                                          10:30:41

RSP OF: JES JESUP FCI              US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        2600 HIGHWAY 301 SOUTH
        JESUP, GA 31599
        912 427-0870
NAME: HICKMAN, FRANK               REG NO: 34100-037 AGE(DOB): 38/02-05-1970
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| X Frank Hickman | 4-13-08 | Ologiwell |

```
TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _XXX____

PRESENT SECURITY/CUSTODY LEVEL:
  LOW       /IN
```

```
OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

  21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
  TO DISTRIBUTE COCAINE HYDROCHLORIDE AND COCAINE BASE
    151 MONTHS                    /    5 YEARS

DATE COMPUTATION BEGAN: 11-03-2000
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| | | + JAIL CREDIT - INOP TIME |
| 0      /0      /0 | 432 | M:      89 D: 11 |
| | | + 222    JC - 0      INOP |

```
PROJECTED RELEASE DATE: 03-11-2011 |PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: See Pre-Sentence Investigation

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                    BP-CLASS-3
```

**APPENDIX A**

NAME:  HICKMAN, FRANK                    REG NO: 34100-037

------------------------- INSTITUTIONAL ADJUSTMENT --------------------------

A.  PROGRAM PLAN: Inmate Hickman arrived at FCI, Jesup, Georgia, on October 14, 2005.
During his program reviews, the unit team recommended he participate in release
preparation courses.

B.  WORK ASSIGNMENTS: Inmate Hickman receives above average work ratings from
recreation.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|------|------|------|------|
| JES | AM REC CR | A.M. REC CREW - 7:30 -4:00 | 11-02-2007 | CURRENT |
| JES | AM COOK | AM COOKS | 11-02-2007 | 11-02-2007 |
| JES | AM REC CR | A.M. REC CREW - 7:30 -4:00 | 01-10-2006 | 11-02-2007 |
| JES | SHU | SPECIAL HOUSING UNIT | 10-19-2005 | 12-06-2005 |
| JES | C A&O | CAMP ADMISSION & ORIENTATION | 10-14-2005 | 10-19-2005 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 09-22-2005 | 10-14-2005 |
| COL | UNICOR 3 | UNICOR WORKER, INSIDE, CREW #3 | 07-05-2005 | 09-22-2005 |
| COL | VACATION | VACATION | 06-30-2005 | 07-05-2005 |

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION:
--------------------------- EDUCATION INFORMATION ---------------------------

| FACL ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------|------|------|
| JES | ESL HAS | ENGLISH PROFICIENT | 12-20-2000 0810 CURRENT |
| JES | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-13-2001 1232 CURRENT |

----------------------------- EDUCATION COURSES -----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|------|------|------|------|------|------|------|------|
| JES | ELEC. WIRING AM 7:40-LUNCH | 02-06-2007 | 04-10-2008 | P | C | D | 426 |
| JES | RESIDENTIAL WIRING CERTIFICATE | 04-20-2007 | 04-20-2007 | P | C | C | 210 |
| JES | COMMERCIAL WIRING CERTIFICATE | 02-06-2007 | 04-27-2007 | P | C | C | 330 |
| JES | BUSINESS FINANCE | 10-18-2007 | 01-10-2008 | P | C | P | 24 |
| JES | RPP#3 GEN BUS MON 6:30-8:30 | 03-14-2007 | 06-05-2007 | P | C | P | 24 |
| JES | BUS OFFICE TECH M-F 12:30-3:30 | 06-14-2006 | 03-16-2007 | P | C | C | 387 |
| JES | RPP#3 REAL ESTATE THU630-830PM | 11-13-2006 | 02-21-2007 | P | C | P | 26 |
| JES | RPP#3 REAL ESTATE THU630-830PM | 08-02-2006 | 11-21-2006 | P | C | P | 26 |
| JES | RPP#3 MANAGING YOUR MONEY | 08-07-2006 | 10-25-2006 | P | C | P | 26 |

D.  COUNSELING PROGRAMS: Inmate Hickman completed the 40 hour drug abuse course.

E.  INCIDENT REPORTS:
    NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|------|------|------|------|
| JES | A-DES | TRANSFER RECEIVED | 10-14-2005 |

G.  PHYSICAL AND MENTAL HEALTH: Inmate Hickman is assigned regular duty with no
medical restrictions.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Inmate Hickman has completed his
financial responsibility.

| FRP ASSIGNMENT | | START DATE |
|------|------|------|
| COMPLT | FINANC RESP-COMPLETED | 12-13-2001 |

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: Upon release, inmate Hickman plans
to reside in fort Pierce, Florida.  It is anticipated he will be referred for 150-180
days placement in a residential re-entry center prior to release.

| CMA ASSIGNMENT | | START DATE |
|------|------|------|
| RPP PART | RELEASE PREP PGM PARTICIPATES | 01-27-2003 |

    PRE-RELEASE PREP DATE: 09-11-2010

NAME:  HICKMAN, FRANK                    REG NO: 34100-037

    RESIDENCE: 1910 AVENUE P
            FORT PIERCE, FLORIDA 34950

    EMPLOYMENT: to be secured

    USPO: District of Maryland
          William F. Henry, Chief USPO
          United States District Court, Suite 400
          250 West Pratt Street
          Baltimore, Maryland 21201

J. RELEASE NOTIFICATIONS:

    OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)
    DUE TO:
        CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY WITH SUPERVISION

    IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C)
    DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES  (X) NO

        18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
        COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____  CASE MANAGER (DATE)  4-13-08
         FT UNIT  C. ASPINWALL, CASE MANAGER

DATE TYPED: April 13, 2008

REVIEWED BY: _____  UNIT MANAGER (DATE)  4-13-08
        F  UNIT MGR - K.SHAW

```
 JES2X  540*23 *           SENTENCE MONITORING        *    04-09-2008
PAGE 001        *          COMPUTATION DATA           *    15:24:14
                           AS OF 04-09-2008

REGNO..: 34100-037 NAME: HICKMAN, FRANK


FBI NO...........: 500265LA1          DATE OF BIRTH: 02-05-1970
ARS1.............: JES/A-DES
UNIT.............: F                  QUARTERS.....: F03-310L
DETAINERS........: NO                 NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 09-11-2010

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-11-2011 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: AMD-00-0145
JUDGE...........................: DAVIS
DATE SENTENCED/PROBATION IMPOSED: 11-03-2000
DATE COMMITTED..................: 12-14-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT
          TO DISTRIBUTE COCAINE HYDROCHLORIDE AND COCAINE BASE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   151 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 DATE OF OFFENSE................: 10-28-1999




G0002        MORE PAGES TO FOLLOW . . .
```

```
 JES2X   540*23 *              SENTENCE MONITORING          *      04-09-2008
PAGE 002 OF 002 *             COMPUTATION DATA             *      15:24:14
                             AS OF 04-09-2008

REGNO..: 34100-037 NAME: HICKMAN, FRANK


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-21-2005 AT JES AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-03-2000
TOTAL TERM IN EFFECT............:   151 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   12 YEARS        7 MONTHS
EARLIEST DATE OF OFFENSE........: 10-28-1999

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    10-28-1999     10-28-1999
                                    03-27-2000     11-02-2000

TOTAL PRIOR CREDIT TIME.........: 222
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 592
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 03-11-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 10-23-2012


PROJECTED SATISFACTION DATE.....: 03-11-2011
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  JES2X  542*22 *              SENTENCE MONITORING          *        04-09-2008
PAGE 001 OF 001 *                GOOD TIME DATA             *        15:24:18
                                AS OF  04-09-2008

REGNO...: 34100-037   NAME: HICKMAN, FRANK
ARS 1...: JES A-DES                                    PLRA
COMPUTATION NUMBER..: 010                    FUNC..: PRT   ACT DT:
LAST UPDATED:  DATE.: 10-21-2005             FACL..: JES     CALC: AUTOMATIC
UNIT................: F                      QUARTERS............: F03-310L
DATE COMP BEGINS....: 11-03-2000             COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 222                    TOTAL INOP TIME.....: 0
CURRENT REL DT......: 08-18-2011 THU         EXPIRES FULL TERM DT: 10-23-2012
PROJ SATISFACT DT...: 03-11-2011 FRI         PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                        ACTUAL SATISF METHOD:
DAYS REMAINING......:                        FINAL PUBLC LAW DAYS:

------------------------GOOD CONDUCT TIME AMOUNTS------------------------

   START        STOP        MAX POSSIBLE TO     ACTUAL TOTALS    VESTED    VESTED
   DATE         DATE        DIS    FFT       DIS    FFT        AMOUNT     DATE
 03-26-2000  03-25-2001      54     54
 03-26-2001  03-25-2002      54    108
 03-26-2002  03-25-2003      54    162
 03-26-2003  03-25-2004      54    216
 03-26-2004  03-25-2005      54    270
 03-26-2005  03-25-2006      54    324
 03-26-2006  03-25-2007      54    378
 03-26-2007  03-25-2008      54    432
 03-26-2008  03-25-2009      54
 03-26-2009  03-25-2010      54
 03-26-2010  03-11-2011      52

 .      TOTAL EARNED AMOUNT..........................................:     432
        TOTAL EARNED AND PROJECTED AMOUNT............................:     592




 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# Altamaha Technical College

The Georgia Board of Technical and Adult Education,
the Board of Directors of Altamaha Technical College,
And the Faculty hereby award

## Frank Hickman

*With the*

### Technical Certificate of Credit

*For successfully completing the program of*

## Computer Fundamentals

on the 16th day of March, 2007

Lorette Hoover
President



Bobby Johnson
Instructor

# Altamaha Technical College

*As a Unit of the Technical College System of Georgia, along with
The State Board of Technical and Adult Education, the Board of Directors
of Altamaha Technical College, and the Faculty hereby award*

## Frank Hickman

*With the*

### Technical Certificate of Credit

*For successfully completing the program of*

**Residential Wiring**

*on the 13th day of December, 2007*

Lorette M. Hoover
President

Cliff Kichligher
Instructor



# State of Florida

## Department of Education
## Certificate of Achievement

*This is to certify that*

Frank Hickman

*has satisfactorily completed occupational competencies in*

PC Support Services

*an approved vocational program*

_Commissioner of Education_

Competencies on reverse side
State of Florida
Department of Education
Tallahassee, Florida

_Vice Chancellor for Workforce Education_

# Certificate

Awarded to

## Frank Hickman

In recognition for successfully completing all requirements in

## CAD Technology

Given this 1st day of April, 2003
Sumter County, Florida



Edith Villanueva
Ass't Supervisor of Education

Javier Yanes
Instructor

# Certificate

Awarded to

## Frank Hickman

In recognition for successfully completing all requirements in

## Drafting Technology

Given this 5th day of August, 2002

Sumter County, Florida

Edith Villanueva
Ass't Supervisor of Education

Javier Yanes
Instructor





# Certificate

of

Completion

**Frank Hickman**

34100-037

has satisfactorily completed

The 40 Hour Drug Education Program

at F.C.I Jesup, Georgia.

February 13, 2006

Christopher Nolan, Ph.D., DAP. Coordinator

Deedra Hinton, M.S., Drug Treatment Specialist



# Student of the Month

September, 2001

Is Hereby Awarded to

## Frank Hickman

For His Outstanding Performance in
His Work, Attendance and Participation In

## Vo Tech, Drafting

INSTRUCTOR

OCT / 5 / 01
DATE



# Certificate

awarded to

## Frank Hickman

in recognition for successfully completing 285 hours and
all requirements for graduation in

## Microsoft Office 2000

Given this 20th day of October 2003 in Sumter County,
Florida

_Edith Villanueva, Assistant Supervisor of Education_

_G Roberts, Vocational Coordinator_



# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Home Design

Consisting of __24__ Hours of Training

This certificate is hereby issued this __24th__ day of __January__, 2002





_____
Asst. Supervisor of Education

_____
ACE Coordinator

# Certificate of Achievement

**This Certificate is Awarded To**

## F. Hickman

**In Recognition Of Completing**

# Automotive Electronics

**12 hours – July 2004**

B.L. Pruiett, Counselor   C-4

S. Torres, Unit Manager   C-4

# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Closeout Merchandise Broker

Consisting of __24__ Hours of Training

This certificate is hereby issued this __12th__ day of __April__, 2001

_____
Asst. Supervisor of Education

_____
ACE Coordinator



# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Homebuilding

Consisting of __24__ Hours of Training

This certificate is hereby issued this __6th__ day of __September__, 20 01



_____
Asst. Supervisor of Education



_____
ACE Coordinator

# CERTIFICATE OF ACHIEVEMENT

*Knowledge is the road to success*

This Certificate is Awarded To

## Frank Hickman

In Recognition Of Completing

# Spainish I

Summer Session 2005

B.L. Pruiett, Counselor    C-4

R. M. Haro, Unit Manager    C-4



Awarded to

FRANK HICKMAN

For Outstanding Performance and
Excellence in successfully Completing
the Inmate Unit Based Program
Business I

Congratulation on a Job well done!!

Presented by:

*Steven W. Burley Sr.*

**Correctional Counselor S. Burley**
**FCC Coleman, LOW**

*May 9, 2003*



# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Small Business Management

Consisting of __46__ Hours of Training

This certificate is hereby issued this __9th__ day of __May__, 2001



Asst. Supervisor of Education



ACE Coordinator

# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Advanced Business Finance

Consisting of __36__ Hours of Training

This certificate is hereby issued this __9th__ day of __May__, 2001

_____
Asst. Supervisor of Education

_____
ACE Coordinator



Awarded to

FRANK HICKMAN

**For Outstanding Performance and Excellence in**

**Completing**

**the Inmate Unit-based Program**

ADVANCED BUSINESS

**Congratulation on a Job well done!**

Presented by:

*Paul Laird*

**Warden Laird**

**FCC Coleman, LOW**

*December 10, 2003*



Awarded to

FRANK HICKMAN

For Outstanding Performance and
Excellence in successfully
Completing
the Inmate Unit Based Program
**Advanced Business**

Congratulation on a Job well done!!

Presented by:

*Archie Longley*

Associate Warden A. Longley
FCC Coleman, LOW

*August 1, 2003*



Awarded to

# *FRANK HICKMAN*

**For Outstanding Performance and
Excellence in successfully
Completing
the Inmate Unit-based Program
Business Management II**

**Congratulation on a Job well done!**

Presented by:

*Archie Longley*

**Associate Warden A. Longley
FCC Coleman, LOW**

*August 20, 2003*

*Certificate of Achievement*

This Certificate is Awarded To

# F. Hickman

In Recognition Of Completing

# Basics of Investing

12 hours – July 2004

B.L. Pruiett, Counselor    C-4

S. Torres, Unit Manager    C-4

# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Stocks, Bonds and Commodities

Consisting of **24** Hours of Training

This certificate is hereby issued this **3rd** day of **September**, 20 **02**



Asst. Supervisor of Education

ACE Coordinator

# Certificate of Achievement

This certifies that

## Frank Hickman

has satisfactorily completed

## Investments

Consisting of __48__ Hours of Training

This certificate is hereby issued this __24th__ day of __July__, 20 01



_____
Asst. Supervisor of Education

_____
ACE Coordinator



# Certificate of Achievement

## This Certificate is Awarded To

### F. Hickman

In Recognition Of Completing

# Investing II

August 2004

B.T. Pruiett, Counselor    C-4

M. Johnson, Unit Manager    C-4

# Certificate of Achievement

**This Certificate is Awarded To**

*Frank Hickman*

**In Recognition Of Completing**

# Advanced Investing

**February 2005**

_____
B.L. Pruiett, Counselor    C-4

_____
M. Johnson, Unit Manager    C-4

# CERTIFICATE
# OF
# ACHIEVEMENT

### This is to certify that

## *Frank Hickman*

### has successfully completed all of the required course curriculum for

# REAL ESTATE FUNDAMENTALS AND LOAN ORIGINATION

### Awarded this 25th day of October, 2006.

**Education Department**
**Jesup, Georgia**

*Wayne Sutton*

**W. Sutton, Supervisor of Education**

# CERTIFICATE
# OF
# ACHIEVEMENT

This is to certify that

*Frank Hickman*

**has successfully completed all of the required course
curriculum for**

# ADVANCED
# REAL ESTATE

Awarded this 25th day of October, 2006.

**Education Department
Jesup, Georgia**

*Wayne Sutton*

**W. Sutton, Supervisor of Education**

# CERTIFICATE OF ACHIEVEMENT

This is to certify that

## *Frank Dickman*

has successfully completed all of the required course curriculum for

# CARLETON SHEETS REAL ESTATE

Awarded this 21st day of February, 2007.

**Education Department**
**Jesup, Georgia**

*Wayne Sutton*

W. Sutton, Supervisor of Education